# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2210
_____

KRISTI O'NEILL,

Petitioner,

v.

BROWARD COUNTY SHERIFF'S
OFFICE/USIS,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident:  July 6, 2014

November 28, 2023

PER CURIAM.

DISMISSED.

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donna Greenspan Solomon of Solomon Appeal, Mediation & Arbitration, Fort Lauderdale; Robert S. Winess of Robert S. Winess, P.A., Boca Raton, for Petitioner.

No appearance for Respondents.